**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-02219-LTB-CBS

ELVIS BAKER and
DORIS BAKER,

      Plaintiffs,

v.

DAVID THOMSON,
TS ACQUISITION, INC., and
GREYHOUND LINES, INC.,

      Defendants.

___

**ORDER**
___

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against TS Acquisition, Inc. (Doc 13 - filed September 15, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant TS Acquisition, Inc. only,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   September 16, 2011