**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-02219-LTB-CBS

ELVIS BAKER, individually and as heir of Doris Baker,

       Plaintiff,

v.

DAVID THOMSON, and
GREYHOUND LINES, INC.,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Defendants' Motion to Amend Caption (Doc 37 - filed May 15, 2012) is DENIED AS MOOT as a result of this Court's Order granting Plaintiff's Motion to File An Amended Complaint (Doc 35).  As a result of accepting the tendered Amended Complaint (Doc 36), the caption of the action is as set forth above.


Dated:   May 16, 2012
_____