IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  11-cv-02219-LTB-CBS

ELVIS BAKER and DORIS BAKER, deceased,

      Plaintiffs,

v.

DAVID THOMSON and
GREYHOUND LINES, INC.,

      Defendants.

___

## ORDER

___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 46 - filed December 7, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE

DATED: December 10, 2012